# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIBAN VELAT,<br><br>                    Petitioner,<br><br>    v.<br><br>TODD LYONS, *et al.*,<br><br>                    Respondents. | Case No. 26-cv-01746-BAS-BLM<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Siban Velat filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  The Court held a hearing on the Petition.  (ECF No. 7.)

In light of the Government's concession (ECF No. 13), the Court **GRANTS** the Petition and finds that Petitioner's detention has been unreasonably and arbitrarily prolonged under the Due Process Clause.  Accordingly, the Court issues the following writ:

> The Court **ORDERS** a bond hearing before an Immigration Judge for Petitioner Siban Velat (A# 249-494-567) within 14 days of the date of this Order.  At that hearing, the Government bears the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk.  If the Government fails to provide a timely hearing, Petitioner is ordered released forthwith.

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: April 24, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv1746